NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov

Attorneys for Real Party-Defendant in Interest Chad F. Wolf,
Secretary of the Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHERRY YOLANDA GRANGER,<br><br>       Plaintiff,<br><br>       v.<br><br>RICHARD T. BOOTH,<br><br>       Defendant. | No. CV 8:20-cv-01199<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 1442(a)(1)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, IN PRO SE:

1.     PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), the Real Party-Defendant in Interest Chad F. Wolf, Secretary of the Department of Homeland Security (the "Secretary"), hereby removes the above-captioned action from the Superior Court of the State of California for the County of Los Angeles to this Honorable Court. The grounds for removal are as follows:

2.     Plaintiff Lasherry Yolanda Granger, an employee of United States Customs and Border Protection (CBP), Air and Marine Operations Center at March Air Force Base in Riverside County, California, filed a Request for a Civil Harassment Restraining Order seeking to prevent her supervisor, Richard T. Booth, from harassing or contacting her and to stay at least 100 yards away from her at work. She claims that on June 5, 2020, Booth detained her in his office for 45 minutes while verbally harassing her about her work performance. The Riverside County Superior Court granted the TRO effective up to July 9, 2020, on which date a hearing will be conducted regarding whether to extend the restraining order. A true and correct copy of Plaintiff's Request for a Civil Harassment Restraining Order and the Temporary Restraining Order are attached hereto as Exhibit 1.

3.     The Superior Court set a hearing on Plaintiff's request for a restraining order for July 9, 2020.

4.     This action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity" to the district court embracing the place where the action is pending.

5.     Because Plaintiff is attempting to assert claims arising from "personnel actions affecting" an employee of an executive agency, the real party-defendant in interest is "the head of the department." See 42 U.S.C. § 2000e-16(c). As Plaintiff is

1

employed by CBP, the Secretary of the Department of Homeland Security is the Real Party-Defendant in Interest. As the Real Party-Defendant in Interest, the Secretary is entitled to remove this action. See, e.g., *La Russo v. St. George's Univ. Sch. of Med.*, 747 F.3d 90, 96–97 (2d Cir. 2014) ("The unstated premise . . . is that the concept of a 'real party defendant in interest' is not only entirely valid, it is an important aspect of removal jurisprudence . . . .").

6.     Because Plaintiff brought this action in Riverside County, this Court is the proper court to hear this action.

7.     Promptly after filing this notice, the Secretary will give written notice of removal to Plaintiff and the clerk of the state court. See 28 U.S.C. § 1446(d).

WHEREFORE, Chad F. Wolf, Secretary of the Department of Homeland Security, removes this action, now pending in the Superior Court of the State of California for the County of Riverside, Case No. MVC 2002753, to the United States District Court for the Central District of California.

Dated: July 7, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


 /s/ *Keith Staub*
KEITH M. STAUB
Assistant United States Attorney

Attorneys for Real Party-Defendant in Interest Chad F. Wolf, Secretary of the Department of Homeland Security

2